# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

JONATHAN H.,

                    *Plaintiff*, [1]

v.

ANDREW SAUL,
COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                    *Defendant*.[2]

CASE NO. 6:18-cv-00054

**ORDER**

JUDGE NORMAN K. MOON

Before the Court is Defendant's Motion for Summary Judgment (Dkt. 13), the Report and Recommendation of United States Magistrate Judge Robert S. Ballou (Dkt. 15, hereinafter "R&R"), and Plaintiff's Objection to the R&R (Dkt. 16, hereinafter "Objection"). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), the Court referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. After review of the record, the R&R, and the Objection, the Objection is **OVERRULED**. Accordingly:

1. The R&R, (Dkt. 15), is hereby **ADOPTED** in full;

2. Defendant's Motion for Summary Judgment, (Dkt. 13), is hereby **GRANTED**;

3. The Commissioner's final decision is hereby **AFFIRMED**;

4. This case is stricken from the active docket.

It is so **ORDERED**.

---

[1] This Court adopts the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that courts only use the first name and last initial of the claimant in social security opinions.

[2] Andrew M. Saul became Commissioner of Social Security in June 2019. Commissioner Saul is hereby substituted for the former Acting Commissioner, Nancy A. Berryhill, as the named defendant in this action. *See* 42 U.S.C. § 405(g), Fed. R. Civ. P. 25(d).

The Clerk of the Court is hereby directed to send a copy of this Order to all counsel of record.

Entered this __20th__ day of September, 2019.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE